1120

No. 85–6509.  BRYSINSKI v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–6531.  SPRAGGINS v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 85–6542.  FREEMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–6555.  WILLIFORD v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL.  C. A. 7th Cir. Certiorari denied.

No. 85–6559.  GRIFFIN v. VIRGINIA ET AL.  C. A. 4th Cir. Certiorari denied.

No. 85–6561.  STEWART v. FOLTZ, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 85–6563.  BUFFALOE v. ANDERSON.  Ct. Sp. App. Md. Certiorari denied.

No. 85–6565.  GODBEE v. NEWSOME, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 85–6566.  FRIEND v. REES, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6568.  SMITH v. SCHROEDER, CHIEF JUSTICE, KANSAS SUPREME COURT, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 85–6570.  DAY v. CONTINENTAL INSURANCE COS.  C. A. 5th Cir.  Certiorari denied.

No. 85–6571.  FORD v. STEPHENSON, SUPERINTENDENT, CALEDONIA AND ODOM COMPLEX.  C. A. 4th Cir.  Certiorari denied.

No. 85–6574.  DAVIS v. BOSTON EDISON CO. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 85–6576.  UNGER v. HOELEN.  C. A. 4th Cir.  Certiorari denied.

No. 85–6578.  MORGAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.